UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BERNARD JEMISON,             )
                             )
        Plaintiff            )
                             )
vs.                          )    Case No.  2:09-cv-00962-IPJ-HGD
                             )
CARL SANDERS, et al.,        )
                             )
        Defendants           )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 4, 2009, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) and (2) for failing to state a claim upon which relief may be granted. The plaintiff filed objections to the report and recommendation on September 10, 2009.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is

due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.  A Final Judgment will be entered.

DONE this 16th day of September, 2009.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE